UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Phimpha Thepvongsa,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Regional Trustee Services Corporation; Old Republic Title LTD.; Ocwen Loan Servicing LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc.; New Century Mortgage Corporation; Deutsche Bank National Trust Company; Morgan Stanley ABS Capital I Inc.; and Does 1 through 20,<br><br>　　　　Defendants. | Case No.  C10-1045RSL<br><br>Hon:  Robert S. Lasnik<br><br><br>**NOTICE OF APPEARANCE OF DEFENDANTS OCWEN LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE** |

**TO:   THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST**

　　**PLEASE TAKE NOTICE** that Robert W. Norman, Jr., of Houser & Allison, APC, without waving defenses of lack of subject matter or personal

---

| | |
|---|---|
| Ocwen Loan Servicing LLC; Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company, as Trustee's Notice of Appearance | Robert W. Norman, Jr. (SBN 37094)<br>Houser & Allison, APC<br>9970 Research Drive<br>Irvine, CA92618<br>PH: (949) 679-1111<br>FAX: (949) 679-1112 |

1  jurisdiction, improper venue, insufficiency of service of process, or any other valid
2  defense, hereby appears for Defendants Ocwen Loan Servicing LLC; Mortgage
3  Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company
4  as Trustee for the register holders of Morgan Stanley ABS Capital I Inc. Trust
5  2007-NC4 Mortgage Pass through certificates, Series 2007-NC4, erroneously sued
6  as Deutsche Bank National Trust Company, and requests that all further papers and
7  pleadings, except original process, be served upon him at the address shown below.

9  Dated: August 2, <u>2010</u>                    **HOUSER & ALLISON**
                                                A Professional Corporation

12                                              <u>/s/ Robert W. Norman, Jr.</u>
13                                              Robert W. Norman, Jr.
                                                Attorneys for Defendants Ocwen
14                                              Loan Servicing LLC, Mortgage
15                                              Electronic Registration Systems, Inc.,
                                                and Deutsche Bank National Trust
16                                              Company as Trustee for the register
17                                              holders of Morgan Stanley ABS
                                                Capital I Inc. Trust 2007-NC4
18                                              Mortgage Pass through certificates,
19                                              Series 2007-NC4, erroneously sued
                                                as Deutsche Bank National Trust
20                                              Company

26  Ocwen Loan Servicing LLC; Mortgage                    Robert W. Norman, Jr. (SBN 37094)
    Electronic Registration Systems, Inc. and                       Houser & Allison, APC
27  Deutsche Bank National Trust Company,                              9970 Research Drive
    as Trustee's Notice of Appearance                                     Irvine, CA92618
28                                                                    PH: (949) 679-1111
                                                                      FAX: (949) 679-1112

# DECLARATION OF SERVICE

I, Richard Mendizábal, hereby declare that I served a true and correct copy of the foregoing Notice of Appearance by U.S. Mail, Postage Prepaid, to all parties named below:

Phim Pha Thepvongsa

20044 139th Way SE

Kent, WA  98042

Tel.:  (206) 708-5014

E-mail:  ThPh60@yahoo.com

*Plaintiff Pro Se*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 2nd day August, 2010

/s/ Richard Mendizábal
Richard Mendizábal

| Ocwen Loan Servicing LLC; Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company, as Trustee's Notice of Appearance | Robert W. Norman, Jr. (SBN 37094) Houser & Allison, APC 9970 Research Drive Irvine, CA92618 PH: (949) 679-1111 FAX: (949) 679-1112 |
|---|---|