The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Phimpa Thepvongsa,<br><br>*Pro Se* Plaintiff,<br><br>v.<br><br>Regional Trustee Services, Old Republic Title LTD., Ocwen Loan Servicing, LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc., Deutsche Bank National Trust Company, Morgan Stanley ABS Capital I Inc., and Doe Defendants 1 through 20,<br><br>Defendants. | Case No. 2:10-cv-01045 RSL<br><br>**PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE** |

[PROPOSED] ORDER

Robert W. Norman, Jr. (SBN 37094)
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618
PH: (949) 679-1111
FAX: (949) 679-1112

1  This Court, having considered the Motion to Dismiss of Defendants Ocwen
2  Loan Servicing, LLC; Deutsche Bank National Trust Company, As Trustee for the
3  registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC4
4  Mortgage Pass through certificates (erroneously named herein as "Deutsche Bank
5  National Trust Company and Morgan Stanley ABS Capital I Inc."); and Mortgage
6  Electronic Registration Systems, Inc. (collectively herein, "Defendants"), and all
7  pleadings, written submissions and oral argument, **HEREBY GRANTS**
8  Defendants' Motion to Dismiss, **WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED:_____

                                                Honorable Robert S. Lasnik
                                                District Court Judge
                                                U.S. District Court for the
                                                Western District of
                                                Washington

| Defendants' Motion to Dismiss | Robert W. Norman, Jr. (SBN 37094)<br>Houser & Allison, APC<br>9970 Research Drive<br>Irvine, CA 92618<br>PH: (949) 679-1111<br>FAX: (949) 679-1112 |
|---|---|