The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHIMPHA THEPVONGSA, et al<br><br>        Plaintiff Pro Se,<br><br>   v.<br><br>Regional Trustee Services Corporation; Old Republic Title Company LTD.; Ocwen Loan Servicing LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc.; New Century Mortgage Corporation; Deutsche Bank National Trust Company; Mortgage Stanley ABS Capital I Inc.; Doe Defendants 1 thorugh 20,<br><br>        Defendants. | NO.   2:10-cv-01045-RSL<br><br>DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION MOTION TO CONTINUE THE FRCP 26 INITIAL SCHEDULING DATES |

     Pursuant to LR 7.1, defendant Regional Trustee Services Corporation (hereinafter "Regional"), by and through its counsel of record, and certifies that they have conferred with Plaintiff and counsel for other Defendants regarding this Motion to Extend Discovery and Related Deadlines. All parties consent to the filing of this motion and order.

Motion to Continue FRCP 26 Dates - 1

## Motion:

Defendant Regional moves the Court for an order extending all of the Initial Scheduling Dates, including the FRCP 26 conference, report and Joint status report and discovery plan, by 60 days. Please see the declaration of Nicolas A. Daluiso filed with this motion.

DATED this 5th day of October, 2010.

/s/ Nicolas A. Daluiso
Nicolas A. Daluiso, #23505
Phillip E. Brenneman, #9219
Attorneys for Regional Trustee Services Corporation

Motion to Continue FRCP 26 Dates - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640