The Honorable Robert S. Lasnik



10-CV-01045-LTR

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHIMPHA THEPVONGSA, et al<br><br>            Plaintiff Pro Se,<br><br>    v.<br><br>Regional Trustee Services Corporation; Old Republic Title Company LTD.; Ocwen Loan Servicing LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc.; New Century Mortgage Corporation; Deutsche Bank National Trust Company; Mortgage Stanley ABS Capital I Inc.; Doe Defendants 1 thorugh 20 | NO.   2:10-cv-01045-RSL<br><br>ORDER CONTINUING THE FRCP 26 INITIAL SCHEDULING DATES |

THIS MATTER having come before the Court on Defendant Regional Trustee Services Corporation's Motion to Continue the FRCP Initial Scheduling Dates, there being no opposition thereto, and, with good cause showing, the Initial Scheduling Dates shall be continued as follows:

Deadline for FRCP 26(f) Conference:                         December 7, 2010

Initial Disclosures Pursuant to FRCP 26(a)(1):              December 14, 2010

[Proposed] Order Continuing FRCP 26
Initial Scheduling Dates - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

| | |
|---|---|
| 1 | Combined Joint Status Report and Discovery Plan as Required by FRCP(f) and Local Rule CR 16: December 21, 2010 |
| 2 | |
| 3 | IT IS SO ORDERED. |
| 4 | DATED: Ocotber 21, 2010. |
| 5 | */s/ Robert S. Lasnik* |
| | Robert S. Lasnik |
| | United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Continuing FRCP 26
Initial Scheduling Dates - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640