IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHIMPHA THEPVONGSA,<br><br>                Plaintiff,<br><br>    v.<br><br>REGIONAL TRUSTEE SERVICES CORPORATION; OLD REPUBLIC TITLE LTD.; OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES; ELECTRONIC REGISTRATION SYSTEMS, INC.; NEW CENTURY MORTGAGE CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORGAN STANLEY ABS CAPITAL I INC.; and DOES 1 through 20,<br><br>                Defendants. | NO. CV 10-01045-RSL<br><br>DECLARATION OF<br>MARY GUTIERREZ |

Mary Gutierrez attests as follows:

1. At all relevant times I have been employed by Saxon Mortgage Service, Inc., ("Saxon") as a Senior Manager in Print Production. I am over eighteen and am competent to testify as to the matters herein. I make the following statement based on personal knowledge, my review of the records kept and maintained by Saxon Mortgage. As part of my duties, I have custody of, and am familiar with, the loan account files and

DECLARATION OF
MARY GUTIERREZ - 1

CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

1. records of plaintiff Phimpha Thepvongsa. The plaintiff's loan account files and records are maintained by Saxon in the ordinary course of business and contain entries made at or near the time of the events recorded therein by, or from information transmitted by, a person with knowledge thereof.

2. Saxon first began servicing plaintiff's loan account on March 26, 2007, when it received the file from New Century Mortgage.

3. Saxon serviced this file from March 26, 2007, until it was service released to Ocwen Loan Servicing LLC on November 16, 2009.

4. On October 30, 2009, Saxon sent a letter to the plaintiff giving notice of the service transfer to Ocwen. Attached hereto as *Exhibit A* is a true and correct copy of the October 30, 2009, letter.

5. After the servicing transferring this loan to Ocwen, Saxon has had no further contact or communication with this customer apart from being served with this lawsuit.

6. Among the loan documents in the plaintiffs file is the deed of trust that secured repayment of the loan. Attached hereto as *Exhibit B* is a true and correct copy of the deed of trust.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated this ___ day of September, 2010, Fort Worth, Texas

*/s/ Mary Gutierrez*
Mary Gutierrez

DECLARATION OF
MARY GUTIERREZ - 2

CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354