1
2
3
4
5
6

7 IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9 PHIMPHA THEPVONGSA,

10                Plaintiff,      NO. CV 10-01045-RSL

11     v.      NOTICE OF ADDITIONAL APPEARANCE FOR DEFENDANT SAXON MORTGAGE SERVICES, INC.

12 REGIONAL TRUSTEE SERVICES CORPORATION; OLD REPUBLIC TITLE
13 LTD.; OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES;
14 ELECTRONIC REGISTRATION SYSTEMS, INC.; NEW CENTURY MORTGAGE
15 CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY;
16 MORGAN STANLEY ABS CAPITAL I INC.; and DOES 1 through 20,
17
18               Defendants.
19

20 **TO:**     **Clerk of the Court;**

21 **AND TO:**     **All Parties and Their Attorneys of Record Herein:**

22
23

24 NOTICE OF ADDITIONAL APPEARANCE FOR DEFENDANT SAXON MORTGAGE SERVICES, INC. - 1

25 CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

**PLEASE TAKE NOTICE** that Barbara L. Bollero of Bishop, White, Marshall & Weibel, P.S., hereby appears in the above-entitled action as additional attorney for Defendant, Saxon Mortgage Services, Inc., along with David A. Weibel, without waiving the questions of:

1. Lack of Jurisdiction over the Subject Matter;
2. Lack of Jurisdiction over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim upon which Relief may be Granted; and
7. Failure to Join a Party under CR 19.

**PLEASE ALSO TAKE NOTICE** that all further papers and pleadings directed to Defendant, Saxon Mortgage Services, Inc., except original process, should be served upon the undersigned and upon David A. Weibel at the address shown below.

Dated this 7th day of March, 2011.

BISHOP, WHITE, MARSHALL
& WEIBEL, P.S.

/s/ Barbara L. Bollero
David A. Weibel, WSBA #24031
Barbara L. Bollero, WSBA #28906
Attorneys for Defendant
Saxon Mortgage Services, Inc.

NOTICE OF ADDITIONAL APPEARANCE FOR DEFENDANT SAXON MORTGAGE SERVICES, INC. - 2

CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on 7th day of March, 2011, I electronically filed the foregoing Notice of Additional Appearance of Defendant Saxon Mortgage Services, Inc. with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following parties:

**Counsel for Defendants:**
Robert W. Norman, Jr.
Houser & Allison, PC
9970 Research Drive
Irvine, CA  926118
rnorman@houser-law.com

**Counsel for Defendant RTSC:**
Nicolas A. Daluiso
Robinson Tait
710 Second Avenue, Suite 710
Seattle, WA 98104
ndaluiso@robinsontait.com

Phillip Eugene Brenneman
Robinson Tait
710 Second Avenue, Suite 710
Seattle, WA 98104
pbrenneman@robinsontait.com

I further certify that I deposited the foregoing Notice of Additional Appearance of Defendant Saxon Mortgage Services, Inc., in the U. S. Postal Service, via First Class Mail, postage pre-paid, in an envelope addressed to the following party:

**Plaintiff *Pro Se*:**
Phimpha Thepvongsa
20044 – 139th Way SE
Kent, WA  98042

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 7th day of March, 2011, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

NOTICE OF ADDITIONAL APPEARANCE
FOR DEFENDANT SAXON MORTGAGE
SERVICES, INC. - 3

CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354