THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHIMPHA THEPVONGSA,<br><br>               Plaintiff,<br><br>    v.<br><br>REGIONAL TRUSTEE SERVICES CORPORATION; OLD REPUBLIC TITLE LTD.; OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES; ELECTRONIC REGISTRATION SYSTEMS, INC.; NEW CENTURY MORTGAGE CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORGAN STANLEY ABS CAPITAL I INC.; and DOES 1 through 20,<br><br>               Defendants. | NO. CV 10-01045-RSL<br><br>DEFENDANT SAXON MORTGAGE SERVICES, INC.'S JOINDER IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME<br><br>[Noted for Consideration: March 11, 2011] |

Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon"), by and through its attorneys of record, David A. Weibel, Barbara L. Bollero, and Bishop, White, Marshall & Weibel, P.S. hereby joins Defendants' Opposition to Plaintiff's Motion to File Second

---

DEFENDANT SAXON MORTGAGE
SERVICES, INC.'S JOINDER IN
DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO FILE SECOND
AMENDED COMPLAINT AND EXTENSION
OF TIME - 1
CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1  Amended Complaint and [for] Extension of Time [Dkt. 37], as if set forth in full herein.  For
2  all the reasons set forth in the co-defendants' Opposition, defendant Saxon also opposes
3  plaintiff's motion.  For the same reasons the co-defendants would be prejudiced by grant of
4  plaintiff's motion, defendant Saxon would also be so prejudiced.

5       For all the reasons stated in Defendants' Opposition to Plaintiff's Motion to File
6  Second Amended Complaint and [for] Extension of Time [Dkt. 37], defendant Saxon requests
7  Plaintiff's Motion to File Second Amended Complaint and [for] Extension of Time be denied.

8       Respectfully submitted this 7th day of March, 2011.

                                                BISHOP, WHITE, MARSHALL
                                                    & WEIBEL, P.S.

                                                 /s/ Barbara L. Bollero
                                                 Barbara L. Bollero, WSBA #28906
                                                 David A. Weibel, WSBA #24031
                                                 Attorney for Defendant
                                                 Saxon Mortgage Services, Inc.

DEFENDANT SAXON MORTGAGE SERVICES, INC.'S JOINDER IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME - 2
CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on 7th day of March, 2011, I electronically filed the foregoing Notice of Additional Appearance of Defendant Saxon Mortgage Services, Inc. with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following parties:

**Counsel for Defendants:**
Robert W. Norman, Jr.
Houser & Allison, PC
9970 Research Drive
Irvine, CA  926118
rnorman@houser-law.com

**Counsel for Defendant RTSC:**
Nicolas A. Daluiso
Robinson Tait
710 Second Avenue, Suite 710
Seattle, WA 98104
ndaluiso@robinsontait.com

Phillip Eugene Brenneman
Robinson Tait
710 Second Avenue, Suite 710
Seattle, WA 98104
pbrenneman@robinsontait.com

I further certify that I deposited the foregoing Notice of Additional Appearance of Defendant Saxon Mortgage Services, Inc., in the U. S. Postal Service, via First Class Mail, postage pre-paid, in an envelope addressed to the following party:

**Plaintiff *Pro Se*:**
Phimpha Thepvongsa
20044 – 139th Way SE
Kent, WA  98042

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DEFENDANT SAXON MORTGAGE SERVICES, INC.'S JOINDER IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME - 3
CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1. Dated this 7th day of March, 2011, at Seattle, Washington.

2.                                         /s/ Ana I. Todakonzie
                                           Ana I. Todakonzie

3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.

23. DEFENDANT SAXON MORTGAGE SERVICES, INC.'S JOINDER IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME - 4
CV 10-01045-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354