The Honorable Robert S. Lasnik

Edward L. Mueller, WSBA # 264
Mueller & Associates, Inc. P.S.
2050 112th Avenue, N.E., Suite 110
Bellevue, WA 98004
Tel. # (425) 457 7600
Fax # (425) 457 7601
e-mail: elm@muellerlawfirm.net
<u>Attorney for Plaintiffs</u>

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **Phimpha Thepvongsa**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>**Regional Trustee Services Corporation; Ocwen Loan Servicing LLC; Saxon Mortgage Services; Mortgage Electronic Registration Systems, Inc.; New Century Mortgage Corporation; Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2007-NC4;**<br><br>　　　　　　　　　　　　Defendants. | No. 2:10-cv-01045 RSL<br><br>(Proposed)<br>Order Granting Plaintiff's Motion For Leave To File Second Amended Complaint.<br><br>Noted May 13, 2011 |

　　　The Plaintiff Phimpha Thepvongsa filed and served his Motion for Leave to File Second Amended Complaint with 13 attached exhibits thereto, and submitted therewith, and the Declaration of Edward L. Mueller In Support of Plaintiff's Motion for Leave to File Second Amended Complaint, together with a proposed Order granting said motion;

　　　AND the court having considered the Plaintiff's Motion For Leave to File Second Amended Complaint, together with the attached Second Amended Complaint with 13 exhibits attached

---

Order Granting Plaintiff's
Motion For Leave to File
Second Amended Complaint　　　- Page 1 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601

thereto, and Defendants' Responses, if any, to Plaintiff's Motion, and Plaintiff's Reply, if any, to Defendants' Responses; **NOW, THEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion for Leave to File the attached Second Amended Complaint is Granted.

**IT IS FURTHER ORDERED** that the Second Amended Complaint shall be filed by Plaintiff without further delay.

Entered May ____, 2011.

_____
The Honorable Robert S. Lasnik, Judge

Presented by:

Mueller & Associates, Inc. P.S.

by: *Edward L. Mueller* (signature)
Edward L. Mueller, WSBA # 264
Attorney for Plaintiff, Phimpha Thepvomgsa

Approved as to Form and Notice of Presentation waived:

Houser & Allison, PC

by:_____
Robert W. Norman Jr., WSBA # 37094
Attorneys for Ocwen Loan Servicing, LLC;
Mortgage Electronic Registration Systems Inc.; and
Deutsche Bank National Trust Company as Trustee
for Morgan Stanley ABS Capital 1 Inc. Trust 2007-NC7.

Order Granting Plaintiff's
Motion For Leave to File
Second Amended Complaint        - Page 2 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601

1  Approved as to Form and Notice of Presentation waived:

2  Bishop, White, Marshall & Weibel, P.S.

3
4  by:_____
    David A. Weibel, WSBA # 24031
    Barbara L. Bollero, WSBA # 28906
5      Attorneys for Saxon Mortgage Services, Inc

6

7  Approved as to Form and Notice of Presentation waived:

8  Robinson Tait. P.S.

9  by:_____
    Nicolas A. Daluiso, WSBA # 23505
10     Phillip Eugene Brenneman, WSBA # 9219
    Attorneys for Regional Trustee Services, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

**Order Granting Plaintiff's Motion For Leave to File Second Amended Complaint**   - Page 3 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601

## Certificate of Service

I, the undersigned, hereby certify that on April 26, 2011, I electronically filed the above Notice of Appearance for Plaintiff with the Court, using the CM/ECF system which will send notification and a copy of such filing to legal counsel who are registered with the CM/EMF system, and who have appeared representing other named parties, which we understand to be those listed below:

| | |
|---|---|
| Robert W. Norman Jr., WSBA # 37094<br>Houser & Allison, PC<br>9970 Research Drive<br>Irvine, CA 926118<br>e-mail: rnorman@houser-law.com<br><br>Attorneys for Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Systems Inc.; Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital 1 Inc. Trust 2007-NC7 | David A. Weibel, WSBA # 24031<br>Barbara L. Bollero, WSBA # 28906<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1201<br>Seattle, WA 98101-1801<br>e-mail: dweibel@bwmlegal.com<br>e-mail: bbollero@bwmlegal.com<br><br>Attorneys for Saxon Mortgage Services, Inc. |
| Nicolas A. Daluiso, WSBA # 23505<br>Phillip Eugene Brenneman, WSBA # 9219<br>Robinson Tait. P.S.<br>710 Second Avenue, Suite 710<br>Seattle, WA 98104-1724<br>e-mail: ndaluiso@robinsontait.com<br>e-mail: pbrenneman@robinsontait.com<br><br>Attorneys for Regional Trustee Services, Inc. | |

Dated: April 26, 2011.

                                     /s/ Edward L. Mueller
                               Edward L:. Mueller, WSBA # 264

Order Granting Plaintiff's
Motion For Leave to File
Second Amended Complaint          - Page 4 -

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601