UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHIMPHA THEPVONGSA,

    Plaintiff,

v.

REGIONAL TRUSTEE SERVICES CORPORATION, et al.,

    Defendants.

No. C10-1045 RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On April 11, 2011, the Court ordered plaintiff to show cause why this case should not be dismissed for failure to comply with the Court's Order to file his amended complaint. Dkt. #42. On April 26, 2011, plaintiff filed a motion for leave to amend that attaches his proposed second amended complaint. For all the foregoing reasons, the Court VACATES the Court's Order to Show Cause.

DATED this 29th day of April, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE - 1