Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| Phimpha Thepvongsa,<br><br>    Plaintiff,<br><br>  vs.<br><br>Regional Trustee Services Corporation; Ocwen Loan Servicing LLC; Saxon Mortgage Services, Inc.; Mortgage Electronic Registration Systems, Inc.; Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2007-NC4;<br><br>    Defendant(s). | Court Case No.: 2:10-cv-01045 RSL<br><br>**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |

An Unopposed Motion to Extend Dispositive Motion Deadline was filed on February 8, 2013, by Defendant Saxon Mortgage Services, Inc. ("Saxon) requesting the Court extend the dispositive motion deadline 30-days to April 4, 2013.

The Court considered the following:

ORDER ON UNOPPOSED MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE – Page 1

Hinshaw & Culbertson LLP
1000 SW Broadway, Suite 1250
Portland, Oregon  97239
Phone: (503) 243-3243
Fax: (503) 243-3240

130442663v1

1. The Defendant Saxon's Unopposed Motion to Extend Dispositive Motion Deadline;

2. Any response filed by Plaintiff.

NOW, THEREFORE, IT IS ORDERED:

1. The Defendant Saxon Mortgage Services, Inc.'s Unopposed Motion to Extend the dispositive deadline 30 days is GRANTED.

2. Dispositive motions must be filed on or before April 4, 2013.

DATED this 19th day of February, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ON UNOPPOSED MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE – Page 2

Hinshaw & Culbertson LLP
1000 SW Broadway, Suite 1250
Portland, Oregon   97239
Phone: (503) 243-3243
Fax: (503) 243-3240

130442663v1