The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHIMPHA THEPVONGSA,<br><br>       Plaintiff,<br><br>   v.<br><br>Regional Trustee Services Corporation; Old Republic Title Company LTD.; Ocwen Loan Servicing LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc.; New Century Mortgage Corporation; Deutsche Bank National Trust Company; Mortgage Stanley ABS Capital I Inc.; Doe Defendants 1 thorugh 20,<br><br>       Defendants. | 2:10-cv-01045-RSL<br><br>ORDER GRANTING DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION FOR SUMMARY JUDGMENT<br><br>[Proposed] |

The Motion of defendant Regional Trustee Services for Summary Judgment, having been duly noticed and served on all interested parties, came on regularly before this Court before the Honorable Robert S. Lasnik.

All arguments, papers and evidence considered and good cause appearing, Defendant

Proposed Order - 1

1 | Regional Trustee Services Corporation Motion for Summary Judgment is hereby GRANTED in its entirety, and Plaintiff's Complaint is dismissed with prejudice as to Defendant Regional Trustee Services Corporation.

   IT IS SO ORDERED.

DATED: _____                    _____
                                            Hon. Robert S. Lasnik

Presented by:

 /s/ Nicolas A. Daluiso_____
Nicolas A. Daluiso, #23505
Ryan M. Carson, #41057
Attorneys for Regional Trustee Services Corporation

Proposed Order - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640