EXHIBIT "F"

## AFFIDAVIT OF POSSESSION OF NOTE

Trustee Sale No. 01-FMG-82665

STATE OF Florida            )
                            ) ss.
COUNTY OF Palm Beach        )

The undersigned, having been duly sworn, deposes and says the following:

I, Johnna Miller, Authorized Signer of OCWEN LOAN SERVICING, LLC, which company has been authorized by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 to act on its behalf in rendering loan management services for certain promissory notes held by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4.

In my capacity as AUTHORIZED SIGNER of OCWEN LOAN SERVICING, LLC, I, Johnna Miller, Authorized Signer have either personal knowledge of the facts set forth in this Affidavit or have made appropriate inquiry of those individuals having knowledge of the facts set forth in this Affidavit.

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 is the owner of the promissory note made on 01/19/2007 by PHIMPHA THEPVONGSA, A SINGLE MAN in the amount of $260,000.00. Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 is currently in possession of this promissory note.

This affidavit is made under penalty of perjury.

Dated this ___10___ day of ___Dec___, 2009.

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4, BY OCWEN LOAN SERVICING, LLC. ITS ATTORNEY IN FACT

By: _____
Name: Johnna Miller, Authorized Signer
OCWEN LOAN SERVICING, LLC


STATE OF Florida              COUNTY OF Palm Beach
    Sworn to and subscribed by JOHNNA MILLER before me, a Notary Public, this __10__ day of ___Dec___, 20_09_, Further, I do hereby certify that, JOHNNA MILLER, personally appeared before me and acknowledged the due execution of the foregoing instrument for and on behalf of OCWEN LOAN SERVICING, LLC.
Witness my hand an official seal.
Ocwen Loan Servicing, LLC

_____
(SEAL) Notary Public
My Commission Expires: _____



NOTARY PUBLIC-STATE OF FLORIDA
Lauren Gold
Commission #DD91707
Expires: JULY 20, 2013