EXHIBIT "G"

When recorded, mail to:

REGIONAL TRUSTEE SERVICES CORP
616 1st Avenue, Suite 500
Seattle, WA 98104



20100810000802
TITLE COURT SE DTS       63.00
PAGE-001 OF 002
08/10/2010 13:36
KING COUNTY, WA

Trustee's Sale No.: 01-FMG-82665

## NOTICE OF DISCONTINUANCE OF TRUSTEE'S SALE

Reference is made to that certain Deed of Trust in which PHIMPHA THEPVONGSA, A SINGLE MAN, is Grantor, OLD REPUBLIC TITLE LTD., is Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION is Beneficiary, dated 1/19/2007, recorded 1/24/2007, under Auditor's/Recorder's No. 20070124002146, records of KING County, WASHINGTON. Said Deed of Trust covers real property described as follows:

Tax Parcel No. :     630340079502

The undersigned Trustee hereby discontinues that certain Trustee's Sale set by Notice of Trustee's Sale recorded under Auditor's/Recorder's File No. 20091231001111, of KING County, WASHINGTON.

This discontinuance shall not be construed as waiving any breach or default under the aforementioned Deed of Trust or as impairing any right or remedy thereunder, or as modifying or altering in any respect any of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election, without prejudice, not to cause the sale to be made pursuant to the aforementioned Notice of Trustee's Sale.

DATED: 7/30/2010

REGIONAL TRUSTEE SERVICES CORPORATION
Trustee

By_____
CHAD JOHNSON, AUTHORIZED AGENT
Address:     616 1st Avenue, Suite 500
             Seattle, WA 98104

1                                                                    Discontinuance

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

On 7/30/2010, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared CHAD JOHNSON, to me known to be the AUTHORIZED AGENT of REGIONAL TRUSTEE SERVICES CORPORATION, the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

WITNESS my hand and official seal hereto affixed the day and year first above written.

*Doris G. Lontiong*
NOTARY PUBLIC in and for the State of Washington, residing at: Seattle
My commission expires: 7-9-14



2                                                         Discontinuance