EXHIBIT "2"

When recorded, mail to:

SAXON MORTGAGE SERVICES, INC.
Attn: Foreclosure Department
4708 MERCANTILE DRIVE
FORT WORTH, TEXAS 76137



20081107001076
FIDELITY NATIO ADT
PAGE001 OF 002              15.00
11/07/2008 14:31
KING COUNTY, WA

Trustee's Sale No: 01-FMG-64191

*FMG64191011200000* FIDELITY NATIONAL TITLE
0800595608 2/16

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ITS SUCCESSORS AND ASSIGNS, by these presents, grants, bargains, sells, assigns, transfers and sets over unto Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4, all beneficial interest under that certain Deed of Trust dated 1/19/2007, and executed by PHIMPHA THEPVONGSA, A SINGLE MAN, as Grantor, to OLD REPUBLIC TITLE LTD., as Trustee, and recorded on 1/24/2007, under Auditor's File No. 20070124002146, of KING County, State of WASHINGTON, and covering property more fully described on said Deed of Trust referred to herein.

Together with the Note or Notes therein described or referred to, the money due and to become due therein with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 11-05-08

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR ITS
SUCCESSORS AND ASSIGNS

BY: _____  VP
Name: Bethany Hood    Title

1

Assn

STATE OF __MN__ }
COUNTY OF __Dakota__ } ss.

On: __N/A__, before me, __James C. Morris__
personally appeared __Bethany Hood__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC in and for the State of
residing at: __DAKOTA__
My commission expires: _____

JAMES C. MORRIS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2009

2

Ass'n

[Watermark: "Unofficial Document"]