EXHIBIT "3"



```
2008110700107 7
FIDELITY NATIO AST      15.00
PAGE001 OF 002
11/07/2008 14:31
KING COUNTY, WA
```

When recorded, mail to:

REGIONAL TRUSTEE SERVICES CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104

Trustee's Sale No: 01-FMG-64191

*FMG64191007200000*

FIDELITY NATIONAL TITLE
080059568 d/k6

### APPOINTMENT OF SUCCESSOR TRUSTEE

KNOW ALL MEN BY THESE PRESENTS that, PHIMPHA THEPVONGSA, A SINGLE MAN is the Grantor, and OLD REPUBLIC TITLE LTD. is the Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ITS SUCCESSORS AND ASSIGNS is the Beneficiary under that certain trust deed dated 1/19/2007, and recorded in Volume of Deeds of Trust, at page, under Auditor s/Recorder s No. 20070124002146, records of KING County, WASHINGTON.

NOW, THEREFORE, in view of the premises, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4, who is the present beneficiary, hereby appoints REGIONAL TRUSTEE SERVICES CORPORATION, whose address is 616 1st Avenue, Suite 500, Seattle, WA 98104, as Successor Trustee under said trust deed, to have all the powers of said original trustee, effective as of the date of execution of this document.

IN WITNESS WHEREOF, the undersigned beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized officers.

1

SubPOA

Trustee's Sale No: 01-FMG-64191

DATED: Nov. 5, 2008

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4
By SAXON MORTGAGE SERVICES, INC.
Its Attorney in Fact

By _____
Scott Walter - AVP
(Name         Title)

STATE OF MN )
            ) ss.
COUNTY OF Dakota )

On Nov. 5, 2008, before me, Mark Bischof, personally appeared Scott Walter, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

WITNESS my hand and official seal.

NOTARY PUBLIC in and for the State of
_____, residing at: Hampton City
My commission expires: 1-31-13

MARK BISCHOF
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013

2

SubPOA