The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Phimpha Thepvongsa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Regional Trustee Services, Old Republic Title LTD., Ocwen Loan Servicing, LLC, Saxon Mortgage Services, Mortgage Electronic Registration Systems, Inc., Deutsche Bank National Trust Company, Morgan Stanley ABS Capital I Inc., and Doe Defendants 1 through 20,<br><br>　　　　Defendants. | Case No. C10-1045 RSL<br><br>**NOTICE OF ERRATA**<br><br>NOTE ON MOTION CALENDAR: April 26, 2013<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Defendants' Ocwen Loan Servicing, LLC, ("Ocwen"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2007-NC4 ("Deutsche Bank as Trustee") (collectively "Defendants") inadvertently filed their Motion for Summary Judgment

---

Notice of Errata - 1

Robert W. Norman, Jr. (SBN 37094)
Houser & Allison, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806
PH: (949) 679-1111
FAX: (949) 679-1112

1  (Docket No. 88) containing a clerical error.  The title of the document in the face page should

2  read "Ocwen, MERS, and DBNTC as Trustee's Motion for Summary Judgment; Declaration of

3  Reynaldo Reyes, Gin Johnson, and Robert Norman, Jr. in Support thererof," not "Ocwen,

4  Saxon, MERS, and DBNTC as Trustee's Motion for Summary Judgment; Declaration of

5  Reynaldo Reyes, Gin Johnson, and Robert Norman, Jr. in Support thererof."  David Elkanich of

6  Hinshaw & Culbertson LLP represents Saxon Mortgage Services, Inc.

7

8  Dated:  April 4, 2013

**HOUSER & ALLISON**
A Professional Corporation

/s/ Robert W. Norman, Jr.
Robert W. Norman, Jr.
Attorneys for Defendants,
Ocwen Loan Servicing, LLC, Mortgage
Electronic Registration Systems, Inc., and
Deutsche Bank National Trust Company, as
Trustee for Morgan Stanley ABS Capital I
Inc Trust 2007-NC4, Mortgage Electronic
Registration Systems, Inc., and Deutsche
Bank National Trust Company, as Trustee
for Morgan Stanley ABS Capital I Inc Trust
2007-NC4

Notice of Errata - 2

Robert W. Norman, Jr. (SBN 37094)
Houser & Allison, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806
PH: (949) 679-1111
FAX: (949) 679-1112

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

On April 4, 2013, I served the foregoing document on the following individuals through the Court's CM/ECF System to the email addresses listed below:

| | |
|---|---|
| Mr. Edward Mueller | David Elkanich |
| Mueller & Associates, Inc. PS | Hinshaw & Culbertson LLP |
| 2320 130th Ave. NE, Ste E-250 | 1000 SW Broadway |
| Bellevue, Washington 98005 | Porland, OR 97205-3000 |
| Email:  elm@muellerlawfirm.net | delkanich@hinshawlaw.com |

Ryan Carson
Robinson Tait, P.S.
710 Second Ave., Suite 710
Seattle, Washington 98104
Email: ndaluiso@robinsontait.com

/s/ Richard Mendizábal
Richard Mendizábal
Richard Mendizabal

Notice of Errata - 3

Robert W. Norman, Jr. (SBN 37094)
Houser & Allison, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806
PH: (949) 679-1111
FAX: (949) 679-1112

3